# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

CORRINE FLORES

        Plaintiff

v.                                            CIV 11-0199 CG/WPL

MRS ASSOCIATES, INC.

        Defendant.

## ORDER GRANTING SUBSTITUTION OF COUNSEL

**THIS MATTER** is before the Court on Corrine Flores' *Notice of Substitution of Counsel for Plaintiff.* (Doc. 6). Plaintiff states that her current attorney, Margaret Blonder, seeks to withdraw from the case and that Mark Trujillo, an attorney authorized to practice in the District of New Mexico, will be substituted as her attorney. (Doc. 6; Doc. 7). The motion is unopposed and Plaintiff has consented to the substitution of counsel. Because the Motion comports with D.N.M.L.R.-Civ. 83.8(a), the Court finds it to be well-taken.

**IT IS THEREFORE ORDERED** that attorney Margaret Blonder may withdraw from this case. Attorney Mark Trujillo is substituted as counsel for Plaintiff.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE